[No. 19441–1–I. Division One. May 2, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. RUSSELL
DOUGLAS MORRISON, *Appellant.*

Appeal from a judgment of the Superior Court for King

1024

County, No. 86-1-00807-8, Shannon Wetherall, J., entered October 28, 1986. *Reversed* by unpublished opinion per Winsor, J., concurred in by Coleman, A.C.J., and Swanson, J.